[No. 2368]

IN THE MATTER OF THE APPLICATION OF C. M. DONELL FOR A WRIT OF HABEAS CORPUS.

[178 Pac. 23]

APPLICATION of C. M. Donell for writ of habeas corpus. **Proceeding dismissed,** writ discharged, and petitioner remanded to custody.

By the Court, COLEMAN, C. J.:

The facts in this case are identical with those in the matter of Ex Parte Zwissig, 42 Nev. 360, this day decided by the court, and upon the authority of the opinion in that case it is ordered that the proceedings herein be dismissed, the writ discharged, and petitioner remanded to the custody of the sheriff of Washoe County.